in favor of plaintiff, entered upon a decision of the court on trial at Special Term in an action to compel a reassignment of a certain invention and of certain patent rights for the reason of a failure to pay royalties and for an accounting.

*Louis Marshall* for appellant.

*Benjamin N. Cardozo* for respondent.

Judgment affirmed, with costs, on opinion of SCOTT, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and CHASE, JJ.

---

AMBROSE HINE, Appellant and Respondent, *v.* HARRIET A. HUNTINGTON et al., as Executrices of ALLEN HINE, Deceased, Respondents and Appellants, Impleaded with Others.

*Hine* v. *Huntington,* 134 App. Div. 907, affirmed.
(Argued October 18, 1910; decided November 15, 1910.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 13, 1909, which affirmed a judgment of Special Term dismissing the plaintiff's complaint and the defendants' counterclaim in an action for an accounting as to certain assets of the estate of Allen Hine, deceased, and for services alleged to have been rendered such estate. A counterclaim for an accounting on the part of plaintiff of rents and profits from a parcel of real property belonging to said estate was interposed.

*Homer Weston* and *Waldo Weston* for plaintiff, appellant and respondent.

*Daniel A. Pierce* and *Charles C. Cook* for defendants, respondents and appellants.

Judgment affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and CHASE, JJ.